THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ROMERO, Appellant.

Submitted October 2, 2006; decided October 3, 2006

Motion for substitution of assigned counsel granted and Matthew J. Weiss, Esq., care of Weiss and Associates, P.C., 419 Park Avenue South, 2nd Floor, New York, NY 10016 is assigned in the place and stead of Lawrence Fleischer, Esq.

KATHARINE ALLISON, Appellant, v WILLIAM B. ALLISON, Respondent.

Submitted July 31, 2006; decided October 17, 2006

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, dismissed as untimely. The prior motion for leave to appeal made to the Appellate Division was untimely (*see* Karger, Powers of the New York Court of Appeals § 12:3, at 436-437 [rev 3d ed 2005]). Motion for poor person relief dismissed as academic.